UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| 2026 GMC TERRAIN DENALI VIN: 3GKAL83GOTL193276 Defendant | § | |

VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this action for forfeiture against a 2026 GMC Terrain Denali with VIN: 3GKAL83GOTL193276 ("Defendant Property") and alleges on information and belief that:

Nature of Action

1. The Defendant Property is subject to forfeiture under 21 U.S.C. § 881(a)(4), which provides for the forfeiture of all vehicles that were used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances which have been manufactured, distributed, dispensed, or acquired in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq. This is a civil action in rem brought to enforce the provisions of that statute.

Jurisdiction and Venue

2. This Court has subject-matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper in the Southern District of Texas under 28 U.S.C. §§ 1355, 1391, and 1395.

Defendant Property

4. The Defendant is a 2026 GMC Terrain Denali, VIN: 3GKAL83GOTL193276 ("Defendant Property"). Law enforcement officers seized Defendant Property on or about April 8, 2026 from Ostos Turrubiates in Mission, Texas.

5. Maryeli Adelaida Espinosa Garcia alleged an interest in the Defendant Property in the administrative forfeiture proceeding.

Factual Basis

6. On April 2, 2026, Agents conducted surveillance at the Hidalgo Port of Entry in Hidalgo, Texas, where they observed the Defendant Property bearing Tamaulipas Mexico License plates drive through the Hidalgo Port of Entry and enter the United States. A database query confirmed the driver of the Defendant Property to be Ostos Turrubiates.

7. Agents established mobile surveillance on the Defendant Property and followed it to a residence in McAllen, Texas. Agents observed the Defendant Property drive inside the garage of the residence and a man walk up behind Defendant Property as the garage door was closing. Agents also observed a 2019 Nissan Sentra (“Sentra”) bearing Texas license plates parked on the driveway to the residence. Agents observed the garage door open and Defendant Property depart from the residence.

8. Shortly after Defendant Property departed the McAllen residence, the Sentra did too. Agents established mobile surveillance on the Sentra and followed it to a residence in Pharr, Texas. Agents observed a male exit the Sentra carrying a blue backpack and enter that residence.

9. On April 8, 2026, agents conducted surveillance at the McAllen, Texas residence, supra. Agents observed the Sentra arrive and park in the driveway of that residence. Agents observed Defendant Property arrive and enter the garage of that residence and the garage door close behind the vehicle once inside. Agents then observed the garage door open and Defendant Property leave the residence. Shortly after that, agents observed the Sentra leave the residence.

10. Agents established mobile surveillance on the Sentra as it drove to the area around Pharr, Texas; local police stopped it for a traffic violation. During the traffic stop investigation, the sole occupant of the vehicle granted a police officer consent to search his Sentra. During the search, that officer found an aftermarket compartment containing a red plastic bag containing ten (10) brick shaped packages wrapped in foil; the contents of those packages field-tested positive for cocaine.

11. On April 8, 2026, agents interviewed the driver of the Sentra; the driver admitted to transporting cocaine for monetary gain. The driver stated he was using his Sentra, knowing it had an aftermarket compartment to store and transport cocaine, and that he had transported and delivered up to ten (10) kilograms of cocaine at a time and had done it at least three (3) other times, each time being paid approximately $500.00. The driver granted consent to a search of the Pharr, Texas residence, supra. At that residence, agents found $7,228.00 in U.S. Currency and an Auto Ordnance 1911A1 Model Pistol.

12. On April 8, 2026, agents ran an inquiry on Defendant Property and discovered it had come inbound from Mexico driven by Ostos Turrubiates; Turrubiates was detained at the Anzalduas Port of Entry in Mission, Texas, as was Defendant Property. Agents then

interviewed Turrubiates, who admitted to using Defendant Property to transport kilograms of cocaine from Mexico into the United States. Turrubiates stated that he would get paid a transportation fee of $750.00 per kilogram. Turrubiates stated that he has transported cocaine at least five (5) times and he would deliver it to a residence located on the same street as the McAllen, Texas, supra.

13. The Defendant Property was used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances which have been manufactured, distributed, dispensed, or acquired in violation of the Controlled Substances Act, 21 U.S.C. § 801, et seq and is subject to forfeiture accordingly.

NOTICE TO ANY POTENTIAL CLAIMANTS

YOU ARE HEREBY NOTIFIED that if you assert an interest in Defendant Property which is subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than thirty-five (35) days from the date this Complaint has been sent in accordance with Rule G(4)(b).

An answer or motion under Rule 12 of the Federal Rules of Civil Procedure must be filed no later than twenty-one (21) days after filing the claim. The claim and answer must be filed with the United States District Clerk for the Southern District of Texas at United States Courthouse, 1701 W. Business Hwy 83, McAllen Texas 78501, and a copy must be served upon the undersigned Assistant United States Attorney at United States Attorney's Office, 1701 W. Business Hwy 83, McAllen, Texas 78501.

Requested Relief

Wherefore, the United States of America prays that judgment of forfeiture be entered against the GMC Terrain Denali in favor of the United States of America under 21 U.S.C. § 881(a)(4) in addition to such costs and other relief to which the United States of America may be entitled.

Respectfully submitted,
**AARON F. REITZ**
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By: */s/ Benjamin S. Lyles*

Benjamin Storey Lyles
Assistant United States Attorney
Attorney in Charge
S.D. Tex. ID No. 3062156
Texas Bar No. 24094808
1701 W Business Highway83
McAllen, Texas 78501
Tel. (956) 992-9405

E-mail: Benjamin.Lyles@usdoj.gov

Attorneys for Federal Respondents

## VERIFICATION

I, Rodrigo Sampayo, a Special Agent employed by the Drug Enforcement Administration, declare under the penalty of perjury, as provided by 28 U.S.C. § 1746, that I have read the foregoing Verified Complaint for Civil Forfeiture in Rem and Notice to Potential Claimants, and that the facts stated in that Complaint are based upon my personal knowledge, upon information obtained from other law enforcement personnel, or upon information I obtained in the course of my investigation, and they are true and correct to the best of my knowledge and belief.

Executed on the 16th day of September 2026.

Rodrigo Sampayo, Special Agent
Drug Enforcement Administration

Sworn and subscribed before me, the undersigned authority, on September 16, 2026.

Notary Public in and for the State of Texas
My commission expires: 24 NOV 28

KAREN M RICE
NOTARY PUBLIC
STATE OF TEXAS
ID 132799943
EXP. 11-24-2028